IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00398-BNB

ANDRE L. LYNCH,

    Plaintiff,

v.

YARLEY WOODS, COMCOR,
MR. OLIN, SOTMP, CDOC,
MS. JAMIE SOUCIE, SOTMP,
ARISTEDES ZAVARAS, C.D.O.C. Executive Director,
PEGGY HEIL, STOMP, C.D.O.C.,
DANA BUSTOS, Mental Health, C.D.O.C.,
JEANEENE MILLER,
TWO UNKNOWN PAROLE OFFICERS, STOMP Parole Office, and
JOHN DOE & JANE DOE 1-5,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 6 2010

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Plaintiff Andre L. Lynch is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Lynch initiated this action by filing *pro se* a Prisoner Complaint. On May 13, 2009, Mr. Lynch filed an amended Prisoner Complaint. On May 18, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Lynch to file a second amended Prisoner Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. Mr. Lynch was warned that the action would be dismissed without further notice if he failed to file a second amended Prisoner Complaint within thirty days. On June 23, 2010, Magistrate Judge Boland entered a

minute order granting Mr. Lynch an extension of time until July 23, 2010, to file his second amended Prisoner Complaint. Mr. Lynch again was warned that a failure to file a second amended complaint within the time allowed would result in the dismissal of this action.

Mr. Lynch has failed to file a second amended Prisoner Complaint within the time allowed. Therefore, the action will be dismissed without prejudice for failure to file a second amended Prisoner Complaint as directed.

The Court also will dismiss this action because Mr. Lynch has failed to make the required monthly filing fee payments. On March 31, 2010, Magistrate Judge Boland granted Mr. Lynch leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), Mr. Lynch was ordered to pay the entire $350.00 filing fee and he was ordered to make monthly installment payments until the $350.00 filing fee was paid in full. On April 13, 2010, Mr. Lynch paid an initial partial filing fee of $89.00. Pursuant to § 1915(b)(2), Mr. Lynch is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full. Mr. Lynch was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make a monthly payment. In order to show cause, Mr. Lynch was directed to file a current certified copy of his inmate trust fund account statement. Mr. Lynch was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action without further notice. Although Mr. Lynch made one monthly filing fee payment of $75.00 on May 11, 2010, he has failed to make any additional monthly filing

fee payments since that time or to show cause why he has no assets and no means by which to make the required monthly filing fee payments. Accordingly, it is

ORDERED that the Prisoner Complaint, the amended Prisoner Complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file a second amended Prisoner Complaint and for failure to make the required monthly filing fee payments.

DATED at Denver, Colorado, this __5th__ day of __August__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00398-BNB

Andre L. Lynch
Prisoner No. 104169
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/6/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk